IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| RODNEY MURRAY | : | NO. 02-172-32 |

ORDER

AND NOW, this 15th day of April, 2015, upon consideration of defendant Rodney Murray's pro se motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (docket entry #2613) and our November 7, 2014 Order staying that motion pending the outcome of the Committee's decision, and the Federal Community Defender Office reporting that the Committee has determined that the defendant is not eligible for a reduced sentence because after applying the two-level reduction there is no change in the sentencing range, it is hereby ORDERED that defendant's pro se motion is DENIED.

BY THE COURT:

/s/ Stewart Dalzell, J.