# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 02-172-32 |
| RODNEY MURRAY : | |

## ORDER

**AND NOW**, this _10th_____ day of August, 2017, upon consideration of Petitioner's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 2755), the Counseled Supplement to Petitioner's Motion (Doc. 2759), the Government's Response thereto (Doc. 2773), Petitioner's Reply (Doc. 2785), and Oral Argument held before the Court on August 9, 2017, **IT IS HEREBY ORDERED AND DECREED** that Petitioner's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the term of imprisonment in this case is **REDUCED TO 184 MONTHS OF INCARCERATION**. Petitioner shall receive credit for time served, the same terms and conditions from the prior sentence imposed by Judge Stewart Dalzell shall apply, and Petitioner shall pay a special assessment.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**